WILLIAM M. KUNTZ   # 153052  
Attorney at Law  
4780 Arlington Avenue  
Riverside, CA 92504  
(951) 343-3400  
Fax (951) 343-4004  
E-Mail: KuntzSSlaw @sbcglobal.net  
Attorney for Plaintiff

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| DWANE L. JONES, | CASE NO.: **CV 11-9275 JC** |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

 Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

 **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND THREE HUNDRED DOLLARS and no/cents ($2,300.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

 DATED: August 31, 2012

            /s/  
           Honorable Jacqueline Chooljian  
           United States Magistrate Judge